NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AL J. EVANS, JR.,**
*Petitioner*

**v.**

**DEPARTMENT OF HOMELAND SECURITY,**
*Respondent*

---

2023-1549

---

Petition for review of the Merit Systems Protection Board in No. DA -1221-22-0097-W-1.

---

**ON MOTION**

---

**O R D E R**

Al J. Evans, Jr., submits a request for petition withdrawal, which the court construes as a motion to voluntarily dismiss pursuant to Federal Rule of Appellate Procedure 42(b). The government agrees that each party bear its own costs.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. This petition is dismissed.

2                                                                          EVANS v. DHS

    (2)  The parties shall bear their own costs.

    (3)  All other pending motions are denied as moot.

FOR THE COURT

May 3, 2023                                  /s/ Peter R. Marksteiner
      Date                                    Peter R. Marksteiner
                                       Clerk of Court

ISSUED AS A MANDATE: May 3, 2023